UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. KRULL, individually and on behalf of all others similarly situated, and derivatively on behalf of SPECTRUM CONTROL, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SOUTHWORTH, GERALD RYAN, JOHN FREEMAN, JAMES TOOHEY, J. THOMAS GRUENWALD, GEORGE BEHRINGER, CHARLES MAHAN, SPECTRUM CONTROL, INC., API TECHNOLOGIES, CORP., and ERIE MERGER CORP., <br><br> Defendants. | Civil Action No.: 11-cv-105-SJM <br><br> ERIE DIVISION <br><br><br><br><br><br><br><br><br><br><br><br><br><br> *Electronically Filed* |

### PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE FOR ATTORNEY DONALD J. ENRIGHT

Alfred G. Yates, Jr., Esquire hereby moves the Court for the entry of an Order admitting Donald J. Enright ("Applicant") to the United States District Court for the Western District of Pennsylvania *pro hac vice* to represent plaintiff in the above-captioned litigation and in support thereof states the following:

1. Donald J. Enright is an attorney and a member of the law firm of Levi & Korsinsky LLP with offices at 1101 30th Street, NW, Suite 115, Washington, DC 20007 telephone (202) 524-4290, facsimile (202) 333-2121, electronic mail denright@zlk.com. Mr. Enright was admitted to practice before the Bar of the State of Maryland on December 17, 1996, the Bar of the State of New Jersey on December 13, 1996 and the Bar of the District of Columbia on May 3, 1999. Mr. Enright and was admitted to practice before the United States District

Court for the District of Maryland on November 30, 1997, the United States District Court for the District for the District of New Jersey on September 2, 1997, the United States District Court for the District of Columbia on May 3, 1999.  He was admitted to the United States Court of Appeals for the Second Circuit on July 7, 2005, for the Third Circuit on April 2, 2006, for the Fourth Circuit on September 27, 1999 and for the Fifth Circuit on June 7, 1999.

2. Applicant has co-counsel in this case, Alfred G. Yates, Jr., Law Office of Alfred G. Yates Jr., PC, 519 Allegheny Building, 429 Forbes Avenue, Pittsburgh, Pennsylvania 15219, telephone (412) 391-5164, facsimile (412) 471-1033, electronic mail *yateslaw@aol.com*.  Mr. Yates is admitted to practice before the United States District Court for the Western District of Pennsylvania.

WHEREFORE, Alfred G. Yates, Jr. requests that Applicant Donald J. Enright be admitted to the United States District Court for the Western District of Pennsylvania *pro hac vice* for the above-captioned litigation.

Dated: May 16, 2011                             Respectfully submitted,

                                                        **LAW OFFICE OF ALFRED G. YATES JR., PC**

                                                        By:    s/ Alfred G. Yates, Jr.
                                                                 Alfred G. Yates, Jr., Esq. (PA17419)
                                                                 Gerald L. Rutledge, Esq. (PA62027)
                                                                 519 Allegheny Building
                                                                 429 Forbes Avenue
                                                                 Pittsburgh, Pennsylvania 15219
                                                                 Tel: (412) 391-5164
                                                                 Fax: (412) 391-5164
                                                                 e-mail: *yateslaw@aol.com*

                                                    *Counsel for Plaintiff*

## CERTIFICATE OF APPLICANT

Applicant Donald J. Enright is a registered user of ECF in the United States District Court for the Western District of Pennsylvania and has read, knows and understands the Local Rules of Court of the Western District of Pennsylvania.

Dated: May 16, 2011

|  |  |
|---|---|
| By: | s/ Donald J. Enright |
|  | Donald J. Enright |
|  | LEVI & KORSINSKY LLP |
|  | 1101 30th Street, NW |
|  | Suite 115 |
|  | Washington, DC 20007 |
|  | Tel: (202) 524 4290 |
|  | Fax: (202) 333 2121 |
|  | e-mail: *denright@zlk.com* |