IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. KRULL, individually and on behalf of all others similarly situated, and derivatively on behalf of SPECTRUM CONTROL, INC.,<br><br>                Plaintiff,<br><br>             v.<br><br>RICHARD SOUTHWORTH, GERALD RYAN, JOHN FREEMAN, JAMES TOOHEY, J. THOMAS GRUENWALD, GEORGE BEHRINGER, CHARLES MAHAN, SPECTRUM CONTROL INC., API TECHNOLOGIES CORP., and ERIE MERGER CORP.,<br><br>                Defendants. | Civil Action No. 1: 11-cv-00105 (SJM) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Robert L. Byer, a member of the bar of this Court, moves for the admission of Rodney G. Strickland, Jr., *pro hac vice* in the above-captioned action for the following reasons:

1. Defendants API Technologies Corporation and Erie Merger Corporation have retained Mr. Strickland together with movant, to represent them in this action.

2. Movant is a partner in the law firm of Duane Morris LLP, and will act as co-counsel to Mr. Strickland in the above-captioned action.

3. Mr. Strickland is a partner in the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, in Palo Alto, California. Mr. Strickland is admitted to practice in the State of California as well as the following federal courts: the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court for the Central District of California, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Federal Circuit.

4. Mr. Strickland certifies that he is a registered user of the Electronic Case Filing System in the United States District Court for the Western District of Pennsylvania, and that he has read and understands the Local Rules of Court for the Western District of Pennsylvania.

For the above reasons, movant requests that Mr. Strickland be admitted *pro hac vice.*

Respectfully submitted,

May 17, 2011

/s/ Robert L. Byer
Robert L. Byer
Pa. I.D. No. 25447
Joseph T. Moran
Pa. I.D. No. 47533
Gerald J. Schirato
Pa. I.D. No. 200459
Duane Morris LLP
600 Grant Street, Suite 5010
Pittsburgh, PA  15219
(412) 497-1083

*Counsel for Defendants API Technologies Corporation and Erie Merger Corporation*

OF COUNSEL:

David J. Berger
Rodney G. Strickland
Luke A. Liss
WILSON SONSINI GOODRICH &
ROSATI, Professional Corporation
650 Page Mill Rd.
Palo Alto, CA 94304
(650) 493-9300